15- 11320

Certificate Number: 15317-INN-CC-025566133



15317-INN-CC-025566133

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 18, 2015</u>, at <u>4:25</u> o'clock <u>PM PDT</u>, <u>Dennis P Hughes</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Indiana</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:  <u>May 18, 2015</u>          By:    <u>/s/Rose Ilado</u>

                                 Name:  <u>Rose Ilado</u>

                                 Title: <u>Certified Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

15-11320

Certificate Number: 15317-INN-CC-025566134


15317-INN-CC-025566134

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 18, 2015, at 4:25 o'clock PM PDT, Tracy L Hughes received from Access Counseling, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Indiana, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: May 18, 2015          By:    /s/Rose Ilado

                            Name:  Rose Ilado

                            Title: Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).