# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755−1 | User: mjordan | Date Created: 5/28/2015 |
| Case: 15−11320−reg | Form ID: b9a | Total: 41 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Dennis Paul Hughes, Jr. | 2121 Rehm Drive    Fort Wayne, IN 46819 |
| jdb | Tracy Louise Hughes | 2121 Rehm Drive    Fort Wayne, IN 46819 |
| ust | Nancy J. Gargula | One Michiana Square Building    Suite 555    100 East Wayne Street    South Bend, IN 46601−2349 |
| tr | Yvette Gaff Kleven | Adelsperger &Kleven, LLP    111 West Wayne Street    Fort Wayne, In 46802 |
| aty | Steven J. Glaser | 132 E. Berry St    Fort Wayne, IN 46802 |
| smg | Indiana Employment Security Division | 10 North Senate Street    Indianapolis, IN 46204 |
| 13309409 | Allen County Treasurer | 1 East Main Street Suite 104    Fort Wayne IN 46802−1888 |
| 13307485 | BENSON, PANTELLO, MORRIS, JAMES &LOGAN | 3505 LAKE AVE.    Fort Wayne, IN 46805 |
| 13307486 | COMCAST | 41112 CONCEPT DRIVE    Plymouth, MI 48170 |
| 13307487 | CONVERGENT OUTSOURCING | PO BOX 9004    Renton, WA 98057−9004 |
| 13307488 | DIRECT TV | PO BOX 78626    Phoenix, AZ 85062−8626 |
| 13307489 | DIVERSIFIED CONSULTANTS INC | PO BOX 551268    Jacksonville, FL 32255−1268 |
| 13307490 | DR. DAVID HARRISON | 6412 WINCHESTER RD    Fort Wayne, IN 46807 |
| 13307491 | FEIWELL &HANNOY | PO BOX 44141    251 N. ILLINOIS ST., STE 1700    Indianapolis, IN 46204 |
| 13307492 | FORT WAYNE COMMUNITY SCHOOLS | 1200 S CLINTON ST    Fort Wayne, IN 46802 |
| 13307493 | FRONTIER COMMUNICATION | 19 JOHN ST    Middletown, NY 10940 |
| 13309410 | Indiana Department of Revenue | Bankruptcy Section – MS 108    100 North Senate Avenue, N240    Indianapolis IN 46204 |
| 13307494 | JEFFERSON PEDIATRICS | 3919 WEST JEFFERSON BOULEVARD    Fort Wayne, IN 46804 |
| 13307495 | KAPPS LAWN SPECIALISTS | 4124 CLUBVIEW DR.    Fort Wayne, IN 46806 |
| 13307496 | KITCH ACCEPTANCE CORP | 1133 S. CLINTON    Fort Wayne, IN 46802 |
| 13307497 | LUTHERAN HOSPITAL | 15691 COLLECTION CTR DR    Chicago, IL 60693−0156 |
| 13307498 | LUTHERAN HOSPITAL | 7950 W JEFFERSON BLVD    Fort Wayne, IN 46804 |
| 13307499 | MAPLEWOOD ELEMENTARY | 2200 MAPLEWOOD RD    Fort Wayne, IN 46819 |
| 13307500 | MIAMI MIDDLE SCHOOL | 8100 AMHERST DRIVE    Fort Wayne, IN 46819 |
| 13307501 | MIDLAND CREDIT MANAGEMENT | 8875 AERO DR, STE 200    San Diego, CA 92123 |
| 13307502 | PMB/EMERGENCY MEDICINE OF IN | 7619 W. JEFFERSON BLVD    Fort Wayne, IN 46804 |
| 13307503 | PORTFOLIO RECOVERY | PO BOX 12914    Norfolk, VA 23541 |
| 13307504 | PREMIER AUTO | 918 S ANTHONY BLVD    Fort Wayne, IN 46803 |
| 13307505 | REDIMED | PO BOX 11909    Fort Wayne, IN 46861 |
| 13307506 | SELECT PORTFOLIO SERVICING | PO BOX 65250    Salt Lake City, UT 84165−0250 |
| 13307507 | SNOW &SAUERTEIG | 203 E. BERRY ST. STE 1100    Fort Wayne, IN 46802 |
| 13307508 | STATEWIDE CREDIT ASSOCIATES | 6957 HILLSDALE COURT    Indianapolis, IN 46250−2054 |
| 13307509 | STATEWIDE CREDIT ASSOCIATION | 6957 HILLSDALE COURT    Indianapolis, IN 46250 |
| 13307510 | SUMMIT RADIOLOGY | LOCKBOX A29    PO BOX 2603    Fort Wayne, IN 46801−2603 |
| 13307511 | T MOBILE | PO BOX 790047    Saint Louis, MO 63179−0047 |
| 13307512 | THOMAS LAW FIRM | PO BOX 80483    Fort Wayne, IN 46898 |
| 13307513 | TOURKOW CRELL ROSENBLASS &JOHNSTON | 127 W BERRY ST #1200    Fort Wayne, IN 46802 |
| 13307514 | US BANK NATIONAL ASSOC ND | PO BOX 790408    Saint Louis, MO 63179−0408 |
| 13307515 | US CELLULAR | PO BOX 0203    Palatine, IL 60055 |
| 13307516 | VERIZON WIRELESS | 26935 NORTHWESTERN HWY STE 100−CFS    Southfield, MI 48033 |
| 13307517 | WAYNE HIGH SCHOOL | 9100 WINCHESTER RD.    Fort Wayne, IN 46819 |

TOTAL: 41