# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Dennis Paul Hughes Jr.<br>xxx−xx−8393<br>2121 Rehm Drive<br>Fort Wayne, IN 46819<br><br>Tracy Louise Hughes<br>xxx−xx−5425<br>2121 Rehm Drive<br>Fort Wayne, IN 46819 | )<br>)<br>)<br>) Case Number: 15−11320−reg<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 7<br>) |

## NOTICE

On May 28, 2015, Atlas Acquisitions, LLC filed a request designating mailing address for creditor Sprint PCS pursuant to Fed. R. Bankr. P. 2002(g). Yet, that creditor has not been listed or named on the mailing matrix in this case and, as a result, there is no mailing address to update. The creditor may file a proof of claim that designates a mailing address and upon doing so it will be added to the creditor matrix pursuant to Fed. R. Bankr. P. 2002(g)(1)(A).

DATED: May 29, 2015

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 South Harrison Street
Fort Wayne, Indiana 46802

Document No. 7 − 6