# Notice Recipients

District/Off: 0755−1 | User: mjordan | Date Created: 5/29/2015
Case: 15−11320−reg | Form ID: 573 | Total: 1

**Recipients of Notice of Electronic Filing:**
cr        Atlas Acquisitions LLC (AS)        bk@atlasacq.com

TOTAL: 1