```
                           United States Bankruptcy Court
                            Northern District of Indiana

In re:                                                             Case No. 15-11320-reg
Dennis Paul Hughes, Jr.                                            Chapter 7
Tracy Louise Hughes
        Debtors              CERTIFICATE OF NOTICE
District/off: 0755-1           User: mjordan                Page 1 of 2                   Date Rcvd: May 28, 2015
                               Form ID: b9a                 Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2015.
```
db/jdb         +Dennis Paul Hughes, Jr.,    Tracy Louise Hughes,    2121 Rehm Drive,   Fort Wayne, IN 46819-1609
tr             +Yvette Gaff Kleven,    Adelsperger & Kleven, LLP,    111 West Wayne Street,
                 Fort Wayne, In 46802-2503
smg            +Indiana Employment Security Division,    10 North Senate Street,    Indianapolis, IN 46204-2201
13307485       +BENSON, PANTELLO, MORRIS, JAMES & LOGAN,    3505 LAKE AVE.,    Fort Wayne, IN 46805-5533
13307490       +DR. DAVID HARRISON,    6412 WINCHESTER RD,    Fort Wayne, IN 46819-1550
13307492       +FORT WAYNE COMMUNITY SCHOOLS,    1200 S CLINTON ST,    Fort Wayne, IN 46802-3594
13307494       +JEFFERSON PEDIATRICS,    3919 WEST JEFFERSON BOULEVARD,    Fort Wayne, IN 46804-6811
13307495       +KAPPS LAWN SPECIALISTS,    4124 CLUBVIEW DR.,    Fort Wayne, IN 46804-3156
13307498       +LUTHERAN HOSPITAL,    7950 W JEFFERSON BLVD,    Fort Wayne, IN 46804-4160
13307497        LUTHERAN HOSPITAL,    15691 COLLECTION CTR DR,    Chicago, IL 60693-0156
13307499       +MAPLEWOOD ELEMENTARY,    2200 MAPLEWOOD RD,    Fort Wayne, IN 46819-1647
13307500       +MIAMI MIDDLE SCHOOL,    8100 AMHERST DRIVE,    Fort Wayne, IN 46819-2099
13307502       +PMB/EMERGENCY MEDICINE OF IN,    7619 W. JEFFERSON BLVD,    Fort Wayne, IN 46804-4133
13307504       +PREMIER AUTO,    918 S ANTHONY BLVD,    Fort Wayne, IN 46803-1304
13307505       +REDIMED,   PO BOX 11909,    Fort Wayne, IN 46861-1909
13307506        SELECT PORTFOLIO SERVICING,    PO BOX 65250,    Salt Lake City, UT 84165-0250
13307508        STATEWIDE CREDIT ASSOCIATES,    6957 HILLSDALE COURT,    Indianapolis, IN 46250-2054
13307509       +STATEWIDE CREDIT ASSOCIATION,    6957 HILLSDALE COURT,    Indianapolis, IN 46250-2054
13307510        SUMMIT RADIOLOGY,    LOCKBOX A29,    PO BOX 2603,   Fort Wayne, IN 46801-2603
13307512       #+THOMAS LAW FIRM,    PO BOX 80483,    Fort Wayne, IN 46898-0483
13307513       +TOURKOW CRELL ROSENBLASS & JOHNSTON,    127 W BERRY ST #1200,    Fort Wayne, IN 46802-2300
13307517       +WAYNE HIGH SCHOOL,    9100 WINCHESTER RD.,    Fort Wayne, IN 46819-2499
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: glaser.bankruptcy@frontier.com May 29 2015 02:09:28      Steven J. Glaser,
                 132 E. Berry St,    Fort Wayne, IN  46802
ust            +E-mail/Text: ustpregion10.so.ecf@usdoj.gov May 29 2015 02:10:05      Nancy J. Gargula,
                 One Michiana Square Building,    Suite 555,    100 East Wayne Street,
                 South Bend, IN 46601-2394
13309409        E-mail/Text: treasurer.legal@co.allen.in.us May 29 2015 02:10:15      Allen County Treasurer,
                 1 East Main Street Suite 104,    Fort Wayne IN  46802-1888
13307486       +E-mail/Text: CENHRT-E_Notice_Claim@cable.comcast.com May 29 2015 02:10:59      COMCAST,
                 41112 CONCEPT DRIVE,    Plymouth, MI 48170-4253
13307487        EDI: CONVERGENT.COM May 29 2015 01:53:00      CONVERGENT OUTSOURCING,    PO BOX 9004,
                 Renton, WA 98057-9004
13307488        EDI: DIRECTV.COM May 29 2015 01:53:00      DIRECT TV,    PO BOX 78626,    Phoenix, AZ 85062-8626
13307489        EDI: DCI.COM May 29 2015 01:53:00      DIVERSIFIED CONSULTANTS INC,    PO BOX 551268,
                 Jacksonville, FL 32255-1268
13307489        E-mail/Text: bankruptcynotices@dcicollect.com May 29 2015 02:11:04
                 DIVERSIFIED CONSULTANTS INC,    PO BOX 551268,    Jacksonville, FL 32255-1268
13307491       +E-mail/Text: feiwellbk@feiwellhannoy.com May 29 2015 02:09:36      FEIWELL & HANNOY,
                 PO BOX 44141,    251 N. ILLINOIS ST., STE 1700,    Indianapolis, IN 46204-4302
13307493        E-mail/Text: bankruptcynotification@frontiercorp.com May 29 2015 02:11:21
                 FRONTIER COMMUNICATION,    19 JOHN ST,    Middletown, NY 10940
13309410       +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV May 29 2015 02:06:46
                 Indiana Department of Revenue,    Bankruptcy Section - MS 108,    100 North Senate Avenue, N240,
                 Indianapolis IN 46204-2231
13307496       +E-mail/Text: bkitch@kitchcompanies.com May 29 2015 02:09:42      KITCH ACCEPTANCE CORP,
                 1133 S. CLINTON,    Fort Wayne, IN 46802-3129
13307501       +EDI: MID8.COM May 29 2015 01:53:00      MIDLAND CREDIT MANAGEMENT,    8875 AERO DR, STE 200,
                 San Diego, CA 92123-2255
13307503        EDI: PRA.COM May 29 2015 01:53:00      PORTFOLIO RECOVERY,    PO BOX 12914,    Norfolk, VA 23541
13307507       +E-mail/Text: YOLI@SNOWSAUERTEIG.COM May 29 2015 02:11:24      SNOW & SAUERTEIG,
                 203 E. BERRY ST. STE 1100,    Fort Wayne, IN 46802-2715
13307511        EDI: AISTMBL.COM May 29 2015 01:54:00      T MOBILE,    PO BOX 790047,
                 Saint Louis, MO 63179-0047
13307514        EDI: USBANKARS.COM May 29 2015 01:53:00      US BANK NATIONAL ASSOC ND,    PO BOX 790408,
                 Saint Louis, MO 63179-0408
13307515       +EDI: USCELLULAR.COM May 29 2015 01:53:00      US CELLULAR,    PO BOX 0203,
                 Palatine, IL 60078-0203
13307516       +EDI: AFNIVZWIRE.COM May 29 2015 01:53:00      VERIZON WIRELESS,
                 26935 NORTHWESTERN HWY STE 100-CFS,    Southfield, MI 48033-8449
                                                                                               TOTAL: 19

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0755-1          User: mjordan               Page 2 of 2                  Date Rcvd: May 28, 2015
                              Form ID: b9a                Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2015                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2015 at the address(es) listed below:

```
              Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov
              Steven J. Glaser    on behalf of Debtor Dennis Paul Hughes, Jr. glaser.bankruptcy@frontier.com
              Steven J. Glaser    on behalf of Joint Debtor Tracy Louise Hughes glaser.bankruptcy@frontier.com
              Yvette Gaff Kleven    ygk@adelspergerkleven.com, IN41@ecfcbis.com
                                                                                   TOTAL: 4
```

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12) (INNB 03/13)      Case Number **15–11320–reg**

# UNITED STATES BANKRUPTCY COURT
Northern District of Indiana

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/27/15. You may be a creditor.
**This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| Debtor(s):<br>**Dennis Paul Hughes Jr.**<br>2121 Rehm Drive<br>Fort Wayne, IN 46819<br><br>**Tracy Louise Hughes**<br>2121 Rehm Drive<br>Fort Wayne, IN 46819 | Case Number: **15–11320–reg**<br><br>Social–Security or Individual Taxpayer–ID (ITIN) No(s):<br>xxx–xx–8393<br>xxx–xx–5425 |
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names): | Bankruptcy Trustee assigned by U.S. Trustee:<br>Yvette Gaff Kleven<br>Adelsperger & Kleven, LLP<br>111 West Wayne Street<br>Fort Wayne, In 46802<br>Telephone number: (260)407–7077 |
| Attorney for Debtor(s):<br>Steven J. Glaser<br>132 E. Berry St<br>Fort Wayne, IN 46802<br>Telephone number: (260) 424–0954 | |

### Meeting of Creditors

Date: **June 23, 2015**      Location: Room 1194, 1300 South Harrison Street, Fort Wayne, IN 46802

Time: **02:00 PM** (Eastern)

*The Debtor(s) must attend the meeting to be questioned under oath.* **Professional dress, photo ID and proof of SSN are required.**
*Creditors are welcome to attend.*
Debtor(s) needing a no cost telephone translation service should contact the trustee for more information.

No later than 7 days prior to Meeting of Creditors, Debtors must email PDF attachments of the Documents Required to the trustee assigned at the email listed below, or the meeting may be postponed.

**Documents Required:**
–Copies of all payment advices, pay stubs, or other evidence of income received by the debtor within 60 days of filing.
–Copies of the most recently filed state and federal tax returns.
–Life insurance declaration showing cash value and beneficiary (if scheduled).
–Statements showing balance of bank accounts, brokerage account, etc. as of petition date (may provide at Meeting of Creditors) .

Trustee Boyer: arl@boyerlegal.com     Trustee Gaff Kleven: trustee@adelspergerkleven.com     Trustee Roach: lbanks@vgtlaw.com
Trustee Seifert: mseiferttrustee@hallercolvin.com     Trustee Warsco: bankruptcy@rlwlawfirm.com

### Presumption of Abuse under 11 U.S.C. § 707(b)
The presumption of abuse does not arise.

### Deadlines
Filings must be *received* by the bankruptcy clerk's office by the following deadlines:

**Objection to Debtor's Discharge or Challenge to Dischargeability of Certain Debts: 8/24/15**
**Objection to Exemptions: Thirty (30) days after the conclusion of the meeting of creditors.**

Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1300 S. Harrison St.<br>Fort Wayne, IN 46802<br><br>Telephone number: 260–420–5100<br>Hours: Monday – Friday 9:00 AM – 4:00 PM | **For the Court:**<br><br>Christopher M. DeToro<br>Clerk of the Bankruptcy Court<br>Date: 5/28/15 |

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights.