UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| DENNIS P. HUGHES JR., | ) | CASE NO. 15-11320-REG-7 |
| TRACY REINA | ) | |
| | ) | |
| Debtor(s) | ) | |

APPEARANCE

The undersigned of the law firm of Feiwell & Hannoy, P.C., 251 N. Illinois Street, Suite 1700, Indianapolis, IN 46204-1944, enters an appearance on behalf of U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1, a creditor in the above-referenced bankruptcy proceeding, and requests that all matters be directed to their attention.

FEIWELL & HANNOY, P.C.

/s/ JESSICA S. OWENS
JESSICA S. OWENS, Attorney No. 26533-49
Attorney for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727
Fax: (317) 237-2717
Email: jowens@feiwellhannoy.com

Hughes - File No. 068049B03

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on June 5, 2015, to the following:

Dennis P. Hughes Jr. and Tracy Reina
Debtor
2121 Rehm Dr
Fort Wayne, IN 46819-1609

Steven J Glaser
Attorney at Law
132 E. Berry St
Fort Wayne, IN 46802

Yvette Gaff Kleven
Trustee
927 South Harrison Street
Fort Wayne, IN 46802

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601

/s/ JESSICA S. OWENS
JESSICA S. OWENS, Attorney No. 26533-49

Hughes - File No. 068049B03