UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE | ) Chapter 7 |
| | ) |
| DENNIS P. HUGHES JR., | ) CASE NO. 15-11320-REG-7 |
| TRACY REINA | ) |
| | ) |
| Debtor(s) | ) |

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that a copy of the attached Notice was sent, via either first class. U.S. mail or electronic noticing, on **June 16, 2015**, to those creditors and interested parties listed on the attached sheets.

Dated: **June 16, 2015**

                                              FEIWELL & HANNOY, P.C.

                                              /s/ JESSICA S. OWENS
                                              JESSICA S. OWENS, Attorney No. 26533-49
                                              Attorney for U.S. Bank, N.A., successor trustee to
                                              LaSalle Bank National Association, on behalf of
                                              the holders of Bear Stearns Asset Backed
                                              Securities I Trust 2006-HE1, Asset-Backed
                                              Certificates Series 2006-HE1
                                              251 N. Illinois Street, Suite 1700
                                              Indianapolis, IN 46204-1944
                                              (317) 237-2727
                                              Fax: (317) 237-2717
                                              Email: jowens@feiwellhannoy.com

Hughes - File No. 068049B03

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| DENNIS P. HUGHES JR., | ) | CASE NO. 15-11320-REG-7 |
| TRACY REINA | ) | |
| | ) | |
| Debtor(s) | ) | |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On **June 16, 2015**, U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1 filed a Motion for Relief from Stay and to Abandon Real Estate, asking the Court for relief from stay and abandonment of the real estate commonly known as 2121 Rehm Dr, Fort Wayne, IN 46819-1609 and ask the Court to waive the 14 Day Stay imposed by B.R. 4001(a)(3) in any Order entered herein .   The motion states that Debtor(s) monthly mortgage payments are delinquent and that there is little or no equity in the subject real estate for the benefit of creditors. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

   <u>Your rights may be affected.</u>   You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the motion, then on or before **June 30, 2015**, you or your attorney must:

  1.  File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

>    1300 South Harrison St, Room 1188
>    Fort Wayne, IN 46802-3495

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

  2.  You must also mail a copy of your objection to:

Hughes - File No. 068049B03

JESSICA S. OWENS
FEIWELL & HANNOY, P.C.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727

Dennis P. Hughes Jr. and Tracy Reina
Debtor
2121 Rehm Dr
Fort Wayne, IN 46819-1609

Steven J Glaser
Attorney at Law
132 E. Berry St
Fort Wayne, IN 46802

Yvette Gaff Kleven
Trustee
927 South Harrison Street
Fort Wayne, IN 46802

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601

    If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Dated: **June 16, 2015**

                                                 FEIWELL & HANNOY, P.C.

                                               /s/ JESSICA S. OWENS
                                             JESSICA S. OWENS, Attorney No. 26533-49
                                             Attorney for U.S. Bank, N.A., successor trustee to
                                             LaSalle Bank National Association, on behalf of
                                             the holders of Bear Stearns Asset Backed
                                             Securities I Trust 2006-HE1, Asset-Backed
                                             Certificates Series 2006-HE1
                                             251 N. Illinois Street, Suite 1700
                                             Indianapolis, IN 46204-1944

Hughes - File No. 068049B03

```
Label Matrix for local noticing        Allen County Treasurer                 BENSON, PANTELLO, MORRIS, JAMES & LOGAN
0755-1                                 1 East Main Street Suite 104           3505 LAKE AVE.
Case 15-11320-reg                      Fort Wayne IN  46802-1888              Fort Wayne, IN 46805-5533
Northern District of Indiana
Fort Wayne Division
Tue Jun 16 15:13:46 EDT 2015

COMCAST                                CONVERGENT OUTSOURCING                 (p)DIRECTV LLC
41112 CONCEPT DRIVE                    PO BOX 9004                            ATTN BANKRUPTCIES
Plymouth, MI 48170-4253                Renton, WA 98057-9004                  PO BOX 6550
                                                                              GREENWOOD VILLAGE CO 80155-6550


DIVERSIFIED CONSULTANTS INC            DR. DAVID HARRISON                     FEIWELL & HANNOY
PO BOX 551268                          6412 WINCHESTER RD                     PO BOX 44141
Jacksonville, FL 32255-1268            Fort Wayne, IN 46819-1550              251 N. ILLINOIS ST., STE 1700
                                                                              Indianapolis, IN 46204-4302


FORT WAYNE COMMUNITY SCHOOLS           (p)FRONTIER COMMUNICATIONS             Nancy J. Gargula
1200 S CLINTON ST                      BANKRUPTCY DEPT                        One Michiana Square Building
Fort Wayne, IN 46802-3594              19 JOHN STREET                         Suite 555
                                       MIDDLETOWN NY 10940-4918               100 East Wayne Street
                                                                              South Bend, IN 46601-2394


Steven J. Glaser                       Dennis Paul Hughes Jr.                 Tracy Louise Hughes
132 E. Berry St                        2121 Rehm Drive                        2121 Rehm Drive
Fort Wayne, IN 46802-2401              Fort Wayne, IN 46819-1609              Fort Wayne, IN 46819-1609


Indiana Department of Revenue          Indiana Employment Security Division   JEFFERSON PEDIATRICS
Bankruptcy Section - MS 108            10 North Senate Street                 3919 WEST JEFFERSON BOULEVARD
100 North Senate Avenue, N240          Indianapolis, IN 46204-2201            Fort Wayne, IN 46804-6811
Indianapolis IN 46204-2231


KAPPS LAWN SPECIALISTS                 KITCH ACCEPTANCE CORP                  Yvette Gaff Kleven
4124 CLUBVIEW DR.                      1133 S. CLINTON                        Adelsperger & Kleven, LLP
Fort Wayne, IN 46804-3156              Fort Wayne, IN 46802-3129              111 West Wayne Street
                                                                              Fort Wayne, In 46802-2503


LUTHERAN HOSPITAL                      LUTHERAN HOSPITAL                      MAPLEWOOD ELEMENTARY
15691 COLLECTION CTR DR                7950 W JEFFERSON BLVD                  2200 MAPLEWOOD RD
Chicago, IL 60693-0156                 Fort Wayne, IN 46804-4160              Fort Wayne, IN 46819-1647


MIAMI MIDDLE SCHOOL                    MIDLAND CREDIT MANAGEMENT              Jessica S Owens(WU)
8100 AMHERST DRIVE                     8875 AERO DR, STE 200                  Feiwell & Hannoy
Fort Wayne, IN 46819-2099              San Diego, CA 92123-2255               251 N. Illinois St., Suite 1700
                                                                              Indianapolis, IN 46204-4302


PMB/EMERGENCY MEDICINE OF IN           (p)PORTFOLIO RECOVERY ASSOCIATES LLC   PREMIER AUTO
7619 W. JEFFERSON BLVD                 PO BOX 41067                           918 S ANTHONY BLVD
Fort Wayne, IN 46804-4133              NORFOLK VA 23541-1067                  Fort Wayne, IN 46803-1304
```

| | | |
|---|---|---|
| REDIMED<br>PO BOX 11909<br>Fort Wayne, IN 46861-1909 | SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>Salt Lake City, UT 84165-0250 | SNOW & SAUERTEIG<br>203 E. BERRY ST. STE 1100<br>Fort Wayne, IN 46802-2715 |
| STATEWIDE CREDIT ASSOCIATES<br>6957 HILLSDALE COURT<br>Indianapolis, IN 46250-2054 | STATEWIDE CREDIT ASSOCIATION<br>6957 HILLSDALE COURT<br>Indianapolis, IN 46250-2054 | SUMMIT RADIOLOGY<br>LOCKBOX A29<br>PO BOX 2603<br>Fort Wayne, IN 46801-2603 |
| T MOBILE<br>PO BOX 790047<br>Saint Louis, MO 63179-0047 | THOMAS LAW FIRM<br>PO BOX 80483<br>Fort Wayne, IN 46898-0483 | TOURKOW CRELL ROSENBLASS & JOHNSTON<br>127 W BERRY ST #1200<br>Fort Wayne, IN 46802-2300 |
| US BANK NATIONAL ASSOC ND<br>PO BOX 790408<br>Saint Louis, MO 63179-0408 | US CELLULAR<br>PO BOX 0203<br>Palatine, IL 60078-0203 | VERIZON WIRELESS<br>26935 NORTHWESTERN HWY STE 100-CFS<br>Southfield, MI 48033-8449 |
| WAYNE HIGH SCHOOL<br>9100 WINCHESTER RD.<br>Fort Wayne, IN 46819-2499 | | |

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DIRECT TV<br>PO BOX 78626<br>Phoenix, AZ 85062-8626 | FRONTIER COMMUNICATION<br>19 JOHN ST<br>Middletown, NY 10940 | PORTFOLIO RECOVERY<br>PO BOX 12914<br>Norfolk, VA 23541 |

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Atlas Acquisitions LLC (AS)<br>Atlas Acquisitions LLC | (u)U.S. Bank, N.A. | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     2<br>Total                  44 |