Certificate Number: 15317-INN-DE-025741492

Bankruptcy Case Number: 15-11320



15317-INN-DE-025741492

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2015, at 6:30 o'clock PM PDT, Dennis P Hughes completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Indiana.

Date: June 18, 2015          By: /s/Jonald Gutierrez

                             Name: Jonald Gutierrez

                             Title: Counselor

Certificate Number: 15317-INN-DE-025741493

Bankruptcy Case Number: 15-11320


15317-INN-DE-025741493

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2015, at 6:30 o'clock PM PDT, Tracy L Hughes completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Indiana.

Date: June 18, 2015    By: /s/Jonald Gutierrez

Name: Jonald Gutierrez

Title: Counselor