UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| DENNIS P. HUGHES JR., | ) | CASE NO. 15-11320-REG-7 |
| TRACY REINA | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

The Motion for Relief From Stay and to Abandon Real Estate of U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1, (hereinafter referred to as "U.S. Bank"), having come before the Court.

And the Court, having examined said Motion and being duly advised in the premises, now finds sufficient cause for relief from stay, it is therefore,

ORDERED AND ADJUDGED: That the Motion for Relief From Stay and to Abandon Real Estate filed by U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1 be, and hereby is, granted; it is further,

ORDERED AND ADJUDGED: That the Court hereby orders the abandonment of the subject real estate located in Allen County, Indiana:

Lot 60 in Elzey's Fourth Addition to the Original Plat of Waynedale (now City of Fort Wayne), according to the plat thereof recorded in the Office of the Recorder of Allen County, Indiana.

More commonly known as 2121 Rehm Dr, Fort Wayne, IN 46819-1609

ORDERED AND ADJUDGED:   That the automatic stay as it relates to the property commonly known as 2121 Rehm Dr, Fort Wayne, IN 46819-1609 is vacated.

ORDERED AND ADJUDGED: That the 14 Day Stay of this Order imposed by B.R. 4001(a)(3) is hereby waived.

DATED:   7/6/15

*/s/ Robert E. Grant*
ROBERT E. GRANT, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT
Northern District of Indiana