## Notice Recipients

District/Off: 0755−1      User: mjordan      Date Created: 7/6/2015
Case: 15−11320−reg      Form ID: pdf004      Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Dennis Paul Hughes, Jr.      2121 Rehm Drive      Fort Wayne, IN 46819
jdb      Tracy Louise Hughes      2121 Rehm Drive      Fort Wayne, IN 46819

TOTAL: 2