United States Bankruptcy Court
Northern District of Indiana

In re:                                                                   Case No. 15-11320-reg
Dennis Paul Hughes, Jr.                                                  Chapter 7
Tracy Louise Hughes
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0755-1          User: mjordan           Page 1 of 1              Date Rcvd: Jul 06, 2015
                              Form ID: pdf004         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2015.
db/jdb         +Dennis Paul Hughes, Jr.,    Tracy Louise Hughes,    2121 Rehm Drive,    Fort Wayne, IN 46819-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2015                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2015 at the address(es) listed below:
              Jessica S Owens(WU)    on behalf of Creditor    U.S. Bank, N.A. ndbkr@feiwellhannoy.com
              Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov
              Steven J. Glaser    on behalf of Debtor Dennis Paul Hughes, Jr. glaser.bankruptcy@frontier.com
              Steven J. Glaser    on behalf of Joint Debtor Tracy Louise Hughes glaser.bankruptcy@frontier.com
              Yvette Gaff Kleven    ygk@adelspergerkleven.com, IN41@ecfcbis.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| DENNIS P. HUGHES JR., | ) | CASE NO. 15-11320-REG-7 |
| TRACY REINA | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

The Motion for Relief From Stay and to Abandon Real Estate of U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1, (hereinafter referred to as "U.S. Bank"), having come before the Court.

And the Court, having examined said Motion and being duly advised in the premises, now finds sufficient cause for relief from stay, it is therefore,

ORDERED AND ADJUDGED: That the Motion for Relief From Stay and to Abandon Real Estate filed by U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE1, Asset-Backed Certificates Series 2006-HE1 be, and hereby is, granted; it is further,

ORDERED AND ADJUDGED: That the Court hereby orders the abandonment of the subject real estate located in Allen County, Indiana:

> Lot 60 in Elzey's Fourth Addition to the Original Plat of Waynedale (now City of Fort Wayne), according to the plat thereof recorded in the Office of the Recorder of Allen County, Indiana.
>
> More commonly known as 2121 Rehm Dr, Fort Wayne, IN 46819-1609

ORDERED AND ADJUDGED:   That the automatic stay as it relates to the property commonly known as 2121 Rehm Dr, Fort Wayne, IN 46819-1609 is vacated.

ORDERED AND ADJUDGED: That the 14 Day Stay of this Order imposed by B.R. 4001(a)(3) is hereby waived.

DATED:   7/6/15

*/s/ Robert E. Grant*
ROBERT E. GRANT, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT
Northern District of Indiana