# Notice Recipients

District/Off: 0755−1 | User: admin | Date Created: 08/31/2015
Case: 15−11320−reg | Form ID: B18 | Total: 44

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          U.S. Bank, N.A.
                                                                                                    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr          Yvette Gaff Kleven          ygk@adelspergerkleven.com
aty         Jessica S Owens(WU)         ndbkr@feiwellhannoy.com
aty         Steven J. Glaser            glaser.bankruptcy@frontier.com
                                                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Dennis Paul Hughes, Jr.     2121 Rehm Drive          Fort Wayne, IN 46819
jdb         Tracy Louise Hughes         2121 Rehm Drive          Fort Wayne, IN 46819
cr          Atlas Acquisitions LLC (AS)          Atlas Acquisitions LLC
cr          Kitch Acceptance Corp       1133 S Clinton St        Ft Wayne, IN 46802
smg         Indiana Employment Security Division       10 North Senate Street        Indianapolis, IN 46204
13309409    Allen County Treasurer      1 East Main Street Suite 104         Fort Wayne IN 46802−1888
13307485    BENSON, PANTELLO, MORRIS, JAMES &LOGAN          3505 LAKE AVE.          Fort Wayne, IN 46805
13307486    COMCAST         41112 CONCEPT DRIVE        Plymouth, MI 48170
13307487    CONVERGENT OUTSOURCING          PO BOX 9004         Renton, WA 98057−9004
13307488    DIRECT TV       PO BOX 78626         Phoenix, AZ 85062−8626
13307489    DIVERSIFIED CONSULTANTS INC        PO BOX 551268         Jacksonville, FL 32255−1268
13307490    DR. DAVID HARRISON          6412 WINCHESTER RD         Fort Wayne, IN 46807
13307491    FEIWELL &HANNOY        PO BOX 44141         251 N. ILLINOIS ST., STE 1700         Indianapolis, IN 46204
13307492    FORT WAYNE COMMUNITY SCHOOLS         1200 S CLINTON ST         Fort Wayne, IN 46802
13307493    FRONTIER COMMUNICATION         19 JOHN ST        Middletown, NY 10940
13309410    Indiana Department of Revenue       Bankruptcy Section – MS 108        100 North Senate Avenue, N240          Indianapolis IN 46204
13307494    JEFFERSON PEDIATRICS        3919 WEST JEFFERSON BOULEVARD         Fort Wayne, IN 46804
13307495    KAPPS LAWN SPECIALISTS         4124 CLUBVIEW DR.         Fort Wayne, IN 46806
13307496    KITCH ACCEPTANCE CORP         1133 S. CLINTON         Fort Wayne, IN 46802
13307497    LUTHERAN HOSPITAL       15691 COLLECTION CTR DR         Chicago, IL 60693−0156
13307498    LUTHERAN HOSPITAL       7950 W JEFFERSON BLVD         Fort Wayne, IN 46804
13307499    MAPLEWOOD ELEMENTARY          2200 MAPLEWOOD RD         Fort Wayne, IN 46819
13307500    MIAMI MIDDLE SCHOOL        8100 AMHERST DRIVE         Fort Wayne, IN 46819
13307501    MIDLAND CREDIT MANAGEMENT         8875 AERO DR, STE 200        San Diego, CA 92123
13307502    PMB/EMERGENCY MEDICINE OF IN         7619 W. JEFFERSON BLVD         Fort Wayne, IN 46804
13307503    PORTFOLIO RECOVERY         PO BOX 12914         Norfolk, VA 23541
13307504    PREMIER AUTO        918 S ANTHONY BLVD         Fort Wayne, IN 46803
13307505    REDIMED         PO BOX 11909         Fort Wayne, IN 46861
13307506    SELECT PORTFOLIO SERVICING         PO BOX 65250         Salt Lake City, UT 84165−0250
13307507    SNOW &SAUERTEIG        203 E. BERRY ST. STE 1100         Fort Wayne, IN 46802
13307508    STATEWIDE CREDIT ASSOCIATES         6957 HILLSDALE COURT         Indianapolis, IN 46250−2054
13307509    STATEWIDE CREDIT ASSOCIATION         6957 HILLSDALE COURT         Indianapolis, IN 46250
13307510    SUMMIT RADIOLOGY        LOCKBOX A29        PO BOX 2603         Fort Wayne, IN 46801−2603
13307511    T MOBILE        PO BOX 790047         Saint Louis, MO 63179−0047
13307512    THOMAS LAW FIRM        PO BOX 80483         Fort Wayne, IN 46898
13307513    TOURKOW CRELL ROSENBLASS &JOHNSTON         127 W BERRY ST #1200         Fort Wayne, IN 46802
13307514    US BANK NATIONAL ASSOC ND         PO BOX 790408         Saint Louis, MO 63179−0408
13307515    US CELLULAR         PO BOX 0203        Palatine, IL 60055
13307516    VERIZON WIRELESS        26935 NORTHWESTERN HWY STE 100−CFS         Southfield, MI 48033
13307517    WAYNE HIGH SCHOOL          9100 WINCHESTER RD.         Fort Wayne, IN 46819
                                                                                                    TOTAL: 40