# Notice Recipients

District/Off: 0755−1         User: mjordan              Date Created: 9/9/2015
Case: 15−11320−reg           Form ID: 619               Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Dennis Paul Hughes, Jr.    2121 Rehm Drive    Fort Wayne, IN 46819
jdb     Tracy Louise Hughes       2121 Rehm Drive    Fort Wayne, IN 46819

TOTAL: 2