United States Bankruptcy Court
Northern District of Indiana

In re:                                                    Case No. 15-11320-reg
Dennis Paul Hughes, Jr.                                   Chapter 7
Tracy Louise Hughes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0755-1        User: mjordan       Page 1 of 1          Date Rcvd: Sep 09, 2015
                           Form ID: 619        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2015.
db/jdb        #+Dennis Paul Hughes, Jr.,   Tracy Louise Hughes,   2121 Rehm Drive,   Fort Wayne, IN 46819-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2015                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2015 at the address(es) listed below:
        Jessica S Owens(WU)    on behalf of Creditor   U.S. Bank, N.A. ndbkr@feiwellhannoy.com
        Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov
        Steven J. Glaser    on behalf of Debtor Dennis Paul Hughes, Jr. glaser.bankruptcy@frontier.com
        Steven J. Glaser    on behalf of Joint Debtor Tracy Louise Hughes glaser.bankruptcy@frontier.com
        Yvette Gaff Kleven    ygk@adelspergerkleven.com,  IN41@ecfcbis.com
                                                                                   TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Fort Wayne Division

In Re: Debtor(s) (name(s) and address)     )
Dennis Paul Hughes Jr.     )
xxx–xx–8393     )
2121 Rehm Drive     ) Case Number: 15–11320–reg
Fort Wayne, IN 46819     )
     )
Tracy Louise Hughes     )
xxx–xx–5425     )
2121 Rehm Drive     )
Fort Wayne, IN 46819     )
     ) Chapter: 7
     )
     )
     )
     )
     )

## ORDER APPROVING FINAL ACCOUNT, DISCHARGING TRUSTEE AND CLOSING CASE

The Trustee having filed the Final Report and Account, and having certified that the estate has been fully administered, and no objections having been filed thereto by the U.S. Trustee, or a party in interest, within 30 days pursuant to Fed. R. BK. P. 5009, the Court finds that this estate has been fully administered. It is therefore,

ORDERED, that the Final Report and Account of the Trustee is hereby approved, the Trustee of the above estate, along with the surety, is hereby discharged from any further liability or responsibility, except any liability which may have occurred during the time as any surety was in effect as to this estate, and the estate is hereby closed pursuant to 11 U.S.C. Section 350(a).

Dated: September 9, 2015 .

Robert E. Grant
_____
Judge, United States Bankruptcy Court

Document No. 19